DANIEL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00404-GMN-CWH |
| Plaintiff, | **ORDER TO UNSEAL CASE** |
| vs. | |
| RONALD DAY, | |
| Defendant. | |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Indictment filed on November 5, 2013 in the above-captioned case, along with all subsequent and further proceedings, shall be unsealed.

**IT IS SO ORDERED** this 12th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge